# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LABARON DAVIS,

        Petitioner,                   Case Number: 2:07-CV-15482

v.                                          HONORABLE AVERN COHN

JERI ANN SHERRY,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated June 12, 2012, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 12th day of June, 2012.


                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                        BY:    s/Julie Owens

APPROVED:


s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Labaron Davis, 159262, Alger Maximum Correctional Facility, Industrial Park Drive, P.O. Box 600, Munising, MI 49862 and the attorneys of record on this date, June 12, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                          Case Manager, (313) 234-5160